COMBSTOCK (PHILLIPS v.). See Case No. 11,099.

COMEGYS (VASSE v.). See Case No. 16,893.

## Case No. 3,049.

### COMEGYSS et al. v. ROBB.

[2 Cranch, C. C. 141.][1]

Circuit Court, District of Columbia. June Term, 1817.

#### AMENDMENT OF WRIT.

The court will [not] grant leave to amend the writ, by changing the name of one of the plaintiffs.

Mr. Lockerman, for plaintiffs, moved to amend the writ, by altering the name of one of the plaintiffs from Comegyss to Peerhouse.

THE COURT (nem. con.) refused.